UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 17-00060(05) (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Demario Jaqun Jefferson, | |
| Defendant. | |

_____

Andrew Dunne and Nathan Hoye Nelson, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Demario Jaqun Jefferson, 574 Prairie Center Dr. Ste. 135, Eden Prairie, MN 55344-7955, pro se

_____

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on a letter request for early termination of supervised release filed by Demario Jaqun Jefferson [Doc. No. 336]. Mr. Jefferson was sentenced to the custody of the Bureau of Prisons for 70 months, followed by 3 years of supervised release, for being a felon in possession of a firearm. The probation officer represents that Mr. Jefferson has complied with the rules and regulations of supervision and is no longer in need of supervision. Accordingly, Mr. Jefferson is discharged from supervision.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Mr. Jefferson's Pro Se Letter Request [Doc. No. 336] is **GRANTED**; and

2. Mr. Jefferson is **DISCHARGED** from supervision and proceedings in his case are **TERMINATED**.

Dated: December 13, 2024                    s/Susan Richard Nelson
                                            Susan Richard Nelson
                                            United States District Judge